United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **JUAN GREGORIO CASTRO-GUEVARA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00839** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

### FINAL JUDGMENT

For the reasons set forth in its Order, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). Accordingly, the Court now enters final judgement. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this May 19, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1